Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106
Tel:   619/758-1891
Fax:   619/222-3667

Attorney for Defendant
NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEWIS,<br><br>             Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>             Defendant. | Case No.: CV 08 0149 JL<br><br>NCO FINANCIAL SYSTEMS, INC.'S<br>ANSWER TO COMPLAINT |

Defendant, NCO Financial Systems, Inc. (hereinafter "NCO"), responds to the complaint filed by plaintiff, FRED LEWIS, as follows:

## I.  INTRODUCTION

1.   NCO admits that plaintiff purports to seek redress for violations of the California Fair Debt Collection Practices Act (Cal. Civ. Code §§ 1788 *et seq.*) ("CA FDCPA") as alleged in ¶ 1 of the Complaint, but NCO denies violating the CA FDCPA and further denies any liability or wrongdoing under the law.

2.   NCO admits the allegations contained in ¶ 2 of the Complaint.

3.   NCO admits the allegations contained in ¶ 3 of the Complaint.

4. NCO admits that plaintiff seeks the relief identified in ¶ 4 of the Complaint, but NCO denies violating the FDPCA, CA FDCPA or any other law and further denies any liability or wrongdoing under the law.

## II. JURISDICTION AND VENUE

5. NCO admits the allegations in ¶ 5 of the Complaint for jurisdiction purposes only.

6. NCO admits the allegations in ¶ 6 of the Complaint for venue purposes only.

## III. PARTIES

7. NCO lacks sufficient information to answer the allegations contained in ¶ 7, and based thereon denies the same.

8. NCO admits the allegations contained in ¶ 8.

9. NCO admits when it acts as a debt collector as defined by the CA FDCPA its conduct may be governed by the applicable provisions of that statute. Except as specifically admitted, NCO denies the remaining allegations contained in ¶ 9.

10. NCO admits the allegations contained in ¶ 10.

11. NCO admits when it acts as a debt collector as defined by the FDCPA its conduct may be governed by the applicable provisions of that statute. Except as specifically admitted, NCO denies the remaining allegations contained in ¶ 11.

12. NCO denies the allegations contained in ¶ 12 which appear to seek to join unnamed defendants.

## IV. FACTUAL ALLEGATIONS

13. NCO lacks sufficient information to answer the allegations contained in ¶ 13, and based thereon denies the same.

14. NCO lacks sufficient information to answer the allegations contained in ¶ 14, and based thereon denies the same.

15. NCO lacks sufficient information to answer the allegations contained in ¶ 15, and based thereon denies the same.

16. NCO lacks sufficient information to answer the allegations contained in ¶ 16, and based thereon denies the same.

17. NCO denies the allegations contained in ¶ 17.

18. NCO lacks sufficient information to answer the allegations contained in ¶ 18, and based thereon denies the same.

19. NCO lacks sufficient information to answer the allegations contained in ¶ 19, and based thereon denies the same.

20. NCO lacks sufficient information to answer the allegations contained in ¶ 20, and based thereon denies the same.

21. NCO admits its account records reflect that a letter was received from plaintiff's counsel on October 9, 2007. NCO avers the original of the correspondence attached to the Complaint as Exhibit A is the best evidence of its contents. Except as specifically admitted, NCO denies the remaining allegations contained in ¶ 21.

22. NCO denies the allegations contained in ¶ 22.

23. NCO denies the allegations contained in ¶ 23.

24. NCO denies the allegations contained in ¶ 24.

25. NCO denies the allegations contained in ¶ 25.

## V.  CLAIM FOR RELIEF

26. In response to the allegations contained in ¶ 26, NCO avers the cited statute speaks for itself and that no further response is required from NCO. NCO denies any liability or wrongdoing to the extent alleged in ¶ 26.

27. In response to the allegations contained in ¶ 27, NCO avers the cited statutes speak for themselves and NCO denies the remaining allegations contained in ¶ 27.

///

///

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

2. Pursuant to California Civil Code § 1788.30(e), to the extent that a violation(s) is established, any such violation(s) was not intentional and resulted notwithstanding maintenance of procedures reasonably adapted to avoid any such violation.

3. Pursuant to 15 U.S.C. § 1692k(c), to the extent that a violation(s) is established, any such violation(s) was not intentional and resulted from a bona fide error notwithstanding maintenance of procedures reasonably adapted to avoid any such violation.

WHEREFORE, NCO requests that this action be dismissed and that NCO be awarded costs and attorneys fees and any other appropriate relief.

Dated: 1/18/08                     SESSIONS, FISHMAN, NATHAN
                                   & ISRAEL, L.L.P.

                                   _/s/ Debbie P. Kirkpatrick_____
                                   Debbie P. Kirkpatrick
                                   Attorney for Defendant
                                   NCO Financial Systems, Inc.

CASE NAME: LEWIS, FRED v. NCO FINANCIAL SYSTEMS, INC.
CASE NO: CV 08 0149 JL

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

NCO FINANCIAL SYSTEMS, INC.'S ANSWER TO COMPLAINT

( XX ) BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( ) BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( ) BY PERSONAL SERVICE

    I caused to be served by hand a true copy of the above named document as listed hereafter.

Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 18, 2008

                                                  _____/s/Debbie P. Kirkpatrick_____
                                                          Debbie P. Kirkpatrick