Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEWIS, | No. C 08-00149 JL |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| NCO FINANCIAL SYSTEM INC., | |
| Defendant(s). | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  1/19/08                                          /s/
Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA  94925
(415) 924-0742
Fax: (415) 891-8208

Counsel for Plaintiff.