Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
3667 Voltaire Street
San Diego, California 92106
Tel: 619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRED LEWIS, | ) Case No.: CV 08-0149 JL |
|---|---|
| Plaintiff, | ) CERTIFICATE OF SERVICE OF |
| | ) NOTICE TO ADVERSE PARTY OF |
| vs. | ) REMOVAL TO FEDERAL COURT |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendants. | ) |

Marilyn M. Winder certifies and declares as follows:

I am over the age of 18 years and not a party to this action. My business address is 3667 Voltaire Street, San Diego, California which is located in the city, county and state where the mailing described below took place.

On January 17, 2008, I deposited in the United States Mail at San Diego, California, a copy of the Notice to Adverse Party of Removal to Federal Court dated January 16, 2008, a copy of which is attached to this Certificate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2008.

_____
Marilyn M. Winder

Certificate of Notice to Adverse Party of Removal to Federal Court

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

LIMITED CIVIL

| | |
|---|---|
| FRED LEWIS, | Case No.: CGC 07-469803 |
| Plaintiff, | NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

TO PLAINTIFF AND TO HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on January 11, 2008 under federal Case No. 3:08-cv-149.

A copy of the said Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated: 1/16/08

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

_____
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
2  3667 Voltaire Street
   San Diego, CA 92106
3  Tel: 619/758-1891
   Fax: 619/222-3667
4  dkirkpatrick@sessions-law.biz

5  Attorney for Defendant NCO Financial Systems, Inc.

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

FRED LEWIS,                          )   Case No. CV 08 0149
                                     )
           Plaintiff,                )   NOTICE OF REMOVAL OF ACTION
     vs.                             )   UNDER 28 U.S.C. § 1441(b)
                                     )
NCO FINANCIAL SYSTEMS, INC.,         )
                                     )
           Defendant.                )
                                     )
_____)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant NCO Financial Systems, Inc. hereby removes to this Court the state court action described below.

   1.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

   2.   On or about December 6, 2007 the action was commenced in the State of California, County of San Francisco, entitled Fred Lewis v. NCO Financial Systems, Inc., Case Number CGC 07-469803. A copy of the Complaint is attached hereto as Exhibit A.

Notice of Removal of Action

1

3.  The first date upon which defendant received a copy of the said complaint was December 12, 2007, when defendant was served with a copy of the Summons and Complaint. A copy of the Summons is attached hereto as Exhibit B.

4.  There are no named defendants in this action other than defendant NCO Financial Systems, Inc.

Dated: January 8, 2008

SESSIONS, FISHMAN, NATHAN
& ISRAEL, L.L.P.

_____
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

Exhibit A

Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEYS FOR PLAINTIFF

CASE MANAGEMENT CONFERENCE SET

APR 0 4 2008 - 10 AM

DEPARTMENT 212

ENDORSED
FILED
San Francisco County Superior Court

DEC 0 6 2007

GORDON PARK-LI, Clerk
BY _____ JUN P. PANELO
             Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

LIMITED CIVIL

FRED LEWIS, an individual,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendants.

Case No.: CGC-07-469803

COMPLAINT FOR DAMAGES FOR UNLAWFUL DEBT COLLECTION PRACTICES

DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer seeking redress for Defendants' violations of the California Fair Debt Collection practices Act, Cal. Civ. Code § 1788 et seq. ("CA FDCPA"). The Act prohibits debt collectors from engaging in conduct which has been determined by the legislature to be detrimental to the public confidence in the sound functioning of the California banking and credit system.

2. The legislature has also determined that there is a need to ensure that debt collectors conduct their business with fairness, honesty and due regard for the consumer's rights.

3. The CA FDCPA incorporates certain provisions from the Federal law that regulates debt collectors, 15 U.S.C. § 1692 ("FDCPA").

4. Plaintiff seeks statutory, actual, and punitive damages; attorney's fees, and court costs.

## II. JURISDICTION AND VENUE

5. This court has jurisdiction over this action pursuant to Cal. Civ. Proc. § 410.10,

FIRST AMENDED COMPLAINT FOR DAMAGES

1

FRED LEWIS V. NCO FINANCIAL SYSTEMS, INC.

Cal. Civ. Proc. § 86, and 15 U.S.C. § 1692k.

6. Venue is proper in this county because Defendants do business in this county, Plaintiff resides in this county, and the acts complained of occurred in this county.

### III. PARTIES

7. Plaintiff, FRED LEWIS ("Mr. Lewis") is an individual who resides in San Francisco County.

8. Defendant NCO FINANCIAL SYSTEMS, INC. ("NCO") is a foreign corporation with its principal office located at 507 Prudential Road, Horsham, PA 19044. Service of process can be made on its chief executive officer at the company's principal office.

9. Defendant NCO is a debt collector under Cal. Civ. Code § 1788.2(c), which states:

> (c) The term "debt collector" means any person who, in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in debt collection.

10. Defendant NCO collects debts for others, such as Capital One, the party to whom Plaintiff was allegedly indebted.

11. Defendant NCO is a debt collector under 15 U.S.C. § 1692a(6) which states:

> (6) The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

12. Unless otherwise indicated herein, "Defendant" means Defendant NCO, its agents, employees, officers, members, directors, partners, successors, assigns, and principals.

### IV. FACTUAL ALLEGATIONS

13. Sometime ago, Mr. Lewis was issued a credit card from Capital One.

14. Plaintiff used the card to acquire, on credit, goods and services for Plaintiff's personal, family, and household needs.

15. Plaintiff defaulted in payment on the credit card account because of financial setbacks, increasing interest charges and late fees, and disabilities causing him to be unemployed.

16. Plaintiff was worried about making payments on the Capital One card and other credit card accounts.

17. Plaintiff was frightened by aggressive and deceitful collection callers.

18. Plaintiff sought relief from his serious financial circumstances by enlisting the aid of an attorney.

19. Plaintiff retained Irving L. Berg to represent him in dealing with his creditors.

20. Plaintiff was advised by his attorney that calls and correspondence from his creditors and collectors should be referred to his attorney and that the law required that, upon notice of attorney representation, creditors are required to leave him alone and to deal only with his legal representative.

21. Plaintiff's attorney notified Defendant NCO, by letter dated October 4, 2007, of his representation of Plaintiff. The letter stated, *inter alia*,

> **All communications concerning my client's financial affairs, including the captioned debt, and any other debts alleged to be owed by my client ("debts") shall hereafter be made to this office <u>in writing.</u>**

A true and correct copy of the letter is attached as <u>Exhibit A</u>.

22. Defendant, in violation of the prohibition against contacting a consumer represented by an attorney, and of the prohibition against making harassing telephone calls, continued its collection calls to Plaintiff, made at all times of the day and early evening, on multiple occasions. These calls made Plaintiff upset, and irritable.

23. Defendants' conduct was done wilfully and knowingly.

24. Defendant's conduct was done maliciously.

25. Defendants' conduct violates California and federal law, as hereafter alleged.

## V. CLAIM FOR RELIEF

26. Cal. Civ. Code § 1788.14 states:

> **No debt collector shall collect or attempt to collect a consumer debt by means of the following practices:**
>
> **(c) Initiating communications, other than statements of account, with the debtor with regard to the consumer debt, when the debt collector has been previously notified in writing**

FIRST AMENDED COMPLAINT FOR DAMAGES    3    FRED LEWIS V. NCO FINANCIAL SYSTEMS, INC.

by the debtor's attorney that the debtor is represented by such attorney with respect to the consumer debt and such notice includes the attorney's name and address and a request by such attorney that all communications regarding the consumer debt be addressed to such attorney....

27. Cal. Civ. Code § 1788.11 states:

No debt collector shall collect or attempt to collect a consumer debt by means of the following practices:
   (e)   Communicating, by telephone or in person, with the debtor with such frequency as to be unreasonable and to constitute an harassment to the debtor under the circumstances.

Defendant NCO's conduct is outlawed under Federal law, 11 U.S.C. § 1692c(a)(2), which states:

(a)   Communication with the consumer generally
   Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt:
   (2)   if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer....

and under 11 U.S.C. § 1692d(5), which states:

A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt....the following conduct is a violation of this section:
   (5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

Federal law is incorporated into California law pursuant to Cal. Civ. Code § 1788.17, which provides:

...that every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of sections 1692b to 1692j...of Title 15 of the United States Code.

## VI. **PRAYER**

WHEREFORE, Plaintiff prays for the following relief pursuant to Cal. Civ. Code § 1788.30 and 15 U.S.C. § 1692k:

1     A.    Statutory damages against Defendant NCO of $2,000;

2     B.    Actual damages against Defendant NCO of $6,000;

3     C.    Punitive damages against Defendant NCO as determined by this Court;

4     D.    Reasonable attorney's fees and costs, pursuant to Cal. Civ. Code § 1788.32 and 15 U.S.C. § 1692k and § 1692k(a)(3).

Dated: _____

Irving L. Berg
THE BERG LAW GROUP

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: _____

Irving L. Berg

**EXHIBIT A**

**THE BERG LAW GROUP**
*ATTORNEYS AND COUNSELORS AT LAW*
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742  Fax: (415) 891-8208*
e-mail irvberg@comcast.net

IRVING L. BERG, ESQ.

October 4, 2007

Terry Stite, ID# N60733                          Fax No.: (443) 263-3077
NCO Financial
1804 Washington Blvd.
Baltimore, MD 21230

Ms. Ottley, ID #M60733                           Fax No.: (443) 263-3077
Capital One
NCO Financial
1804 Washington Blvd.
Baltimore, MD 21230

Re:   Fred Lewis                                 **Notice of Attorney Representation and**
      SSN: 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                           **Notice of Dispute**
      Alleged Creditor: Capital One

Dear Mr./Ms. Stite and Ms. Ottley:

This confirms my telephone report of 10/04/07 advising that this office represents the captioned consumer. You advised that you represent Capital One. However, you declined to state the Capital One matter number and the amount of their claim. Without this information, I am unable to discuss a settlement of the debt.

If you should decide to change your position, please forward, in writing, your settlement proposal.

Keep in mind that my office continues to represent Mr. Lewis. All communications concerning my client's financial affairs, including the captioned debt, and any other debts you claim are owed by my client, shall hereafter be made to this office <u>in writing</u>. My office responds only to written communication sent via the United States Postal Service. We do not respond to telephone calls, email, or fax transmissions. In the unlikely event that the legal relationship with my client is terminated, you will be notified in writing.

My client's Social Security number is noted above. Should you have any question regarding the identification of my client, send your inquiry <u>in writing</u> to the undersigned. Only <u>written inquiries</u> will be acknowledged.

Re: Fred Lewis
July 1, 2006
Page 3

Your collection practices are governed by Federal and California consumer laws. If you have any doubt as to these matters, deliver this letter to your attorney or insurance carrier. **The law prohibits you from contacting my client, my client's employer, or my client's family regarding the alleged debts. All inquiries regarding my client's financial affairs shall be directed to the undersigned, in writing.**

Further, please note that, should a legal action be brought in connection with your collection practices, that legal action could result in a judgment that would include actual costs of filing the complaint, actual costs of service of process, and reasonable attorney's fees.

Sincerely,


Irving L. Berg
ILB/rl

repletterCD5.frm

Exhibit B

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NCO FINANCIAL SYSTEMS, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
FRED LEWIS, an individual

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Francisco - Limited Civil
400 McAllister Street, Suite 103
San Francisco, CA 94102-4514

CASE NUMBER: CGC-07-469803

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Irving L. Berg, Attorney at Law, THE BERG LAW GROUP
145 Town Center, PMB 493, Corte Madera, CA 94925, (415) 924-0742

DATE: DEC 10 2007   GORDON PARK-LI   Clerk, by Jun Panelo, Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

CASE NAME: LEWIS, FRED v. NCO FINANCIAL SYSTEMS, INC.
CASE NO: CGC 07-469803

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b)

( XX ) BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )  BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )  BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above named document as listed hereafter.

Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 8, 2008

_____
Ann M. Coito

CASE NAME: LEWIS, FRED v. NCO FINANCIAL SYSTEMS, INC.
CASE NO: CV 08 0149 JL

PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

( XX ) BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( ) BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( ) BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above named document as listed hereafter.

Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 17, 2008

_____
Marilyn Winder