1  Irving L. Berg
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, CA 94925
3  (415) 924-0742
   Facsimile (415) 891-8208
4  irvberg@comcast.net

5  Attorney for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 FRED LEWIS,                          No. C 08-0149 JL

11         Plaintiff,                   **STIPULATION FOR DISMISSAL WITH PREJUDICE**

12      v.

13 NCO FINANCIAL SYSTEM INC.,

14         Defendant.
   _____/
15
         IT IS HEREBY STIPULATED by and between plaintiff FRED LEWIS ("Plaintiff") on
16
   the one hand, and Defendant NCO FINANCIAL, on the other hand, through their respective
17
   counsel of record, that the parties have reached settlement in this action and that the action
18
   against Defendant, and each of them, shall be dismissed with prejudice, each party to bear its
19
   own costs and attorneys' fees.  Dismissal is made as allowed by Rule 41(a)(1)(ii).
20

21
                                        FRED LEWIS
22
   Dated: 2/22/08                        ___/s/_____
23                                       by:  Irving L. Berg
                                         THE BERG LAW GROUP
24                                       Attorney for Plaintiff

25
                                        NCO FINANCIAL INC.
26
   Dated: 2/27/08                        ___/s/_____
27                                       by: Debbie P. Kirkpatrick
                                         SESSIONS, FISHMAN, NATHAN &
28                                       ISRAEL  LLP
   STIPULATION FOR DISMISSAL- CASE NO. C 08-0149 JL    Attorney for Defendant